UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on July 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William A. Robinson
Niccole L. Robinson,
                Debtors.

Case No.:   18-29979

Chapter:    13

Judge:      MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 31, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esquire_____, the applicant, is allowed a fee of $ _____490.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____490.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____898.00_____ per month for _____39_____ months to allow for payment of the above fee.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
William A. Robinson  
Niccole L. Robinson  
    Debtors

Case No. 18-29979-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 31, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2020.  
db/jdb         +William A. Robinson,    Niccole L. Robinson,    96 Hastings Lane,    Hainesport, NJ 08036-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2020 at the address(es) listed below:

         Albert     Russo     docs@russotrustee.com  
         Andrew Thomas Archer     on behalf of Debtor William A. Robinson aarcher@spillerarcherlaw.com,  
          bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com  
         Andrew Thomas Archer     on behalf of Joint Debtor Niccole L. Robinson aarcher@spillerarcherlaw.com,  
          bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com  
         Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing, LLC  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Elizabeth L. Wassall     on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com,  
          njbankruptcynotifications@logs.com  
         Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance, a division of Capital  
          One, N.A. jschwartz@mesterschwartz.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 7