Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−29979−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William A. Robinson
96 Hastings Lane
Hainesport, NJ 08036

Niccole L. Robinson
96 Hastings Lane
Hainesport, NJ 08036

Social Security No.:
xxx−xx−9801

xxx−xx−9058

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 11, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 12, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William A. Robinson  
Niccole L. Robinson  
    Debtors

Case No. 18-29979-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: 148 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Robinson, Niccole L. Robinson, 96 Hastings Lane, Hainesport, NJ 08036-6241 |
| 517827024 | | Advocare Atrium Pediatrics, PO Box 3001, P.O. Box 64378, Voorhees, NJ 08043 |
| 517800525 | | Bank of America, Nc 4 105 03 # 14, Greensboro, NC 27420 |
| 517827041 | + | Hackensack Meridian Health, PO Box 416289, Boston, MA 02241-6289 |
| 517827042 | + | Hyatt, Hyatt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 517827043 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517827048 | + | Jefferson Health, 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 517827049 | + | Larchmont Medical Imaging, 210 Ark Road, Mount Laurel, NJ 08054-3188 |
| 517827050 | + | Minuteclinic, PO Box 14099, Po Box 15618, Belfast, ME 04915-4051 |
| 517827056 | #+ | Stillman Law Office, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 13 2022 00:33:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517827031 | ^ | MEBN | Aug 12 2022 20:34:43 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517922218 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2022 20:40:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517827032 | + | EDI: BANKAMER.COM | Aug 13 2022 00:33:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517827033 | + | EDI: CAPITALONE.COM | Aug 13 2022 00:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517827034 | + | EDI: CAPONEAUTO.COM | Aug 13 2022 00:33:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517811681 | + | EDI: AISACG.COM | Aug 13 2022 00:33:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Dept. APS, Oklahoma City, OK 73118-7901 |
| 517841440 | + | EDI: AISACG.COM | Aug 13 2022 00:33:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517855529 | | EDI: CAPITALONE.COM | Aug 13 2022 00:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517827035 | + | EDI: CITICORP.COM | Aug 13 2022 00:33:00 | Citibank, PO Box 9001037, Louisville, KY 40290-1037 |
| 517827036 | + | Email/Text: mediamanagers@clientservices.com | Aug 12 2022 20:34:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 517827037 | + | EDI: CONVERGENT.COM | Aug 13 2022 00:33:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517827038 | + | Email/Text: data_processing@fin-rec.com | Aug 12 2022 20:34:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 517827039 | + | Email/Text: fggbanko@fgny.com | Aug 12 2022 20:34:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517827043 | | EDI: LCIICSYSTEM | Aug 13 2022 00:33:00 | IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517827052 | | EDI: PRA.COM | Aug 13 2022 00:33:00 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541 |
| 517924061 | | EDI: PRA.COM | Aug 13 2022 00:33:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517914784 | | EDI: PRA.COM | Aug 13 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517924058 | | EDI: PRA.COM | Aug 13 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517827051 | + | EDI: RECOVERYCORP.COM | Aug 13 2022 00:33:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 517800526 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 12 2022 20:34:00 | Rubin & Rothman LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 518041871 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 12 2022 20:34:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517925600 | + | EDI: RMSC.COM | Aug 13 2022 00:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517827058 | + | EDI: RMSC.COM | Aug 13 2022 00:33:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517804242 | + | EDI: RMSC.COM | Aug 13 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517827061 | + | EDI: RMSC.COM | Aug 13 2022 00:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517827062 | + | EDI: RMSC.COM | Aug 13 2022 00:33:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 517917980 | + | Email/Text: bncmail@w-legal.com | Aug 12 2022 20:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517827063 | | EDI: WTRRNBANK.COM | Aug 13 2022 00:33:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 517827064 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Aug 12 2022 20:34:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517827065 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 12 2022 20:35:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 517827066 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 12 2022 20:35:00 | Transworld Systems Inc, Attn: Bankruptcy, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 517827068 | | EDI: WFFC.COM | Aug 13 2022 00:33:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517827067 | + | EDI: WFCCSBK | Aug 13 2022 00:33:00 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 517919544 | | EDI: WFHOME | Aug 13 2022 00:33:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517827028 | * | Advocare Atrium Pediatrics, PO Box 3001, P.O. Box 64378, Voorhees, NJ 08043 |
| 517827029 | * | Advocare Atrium Pediatrics, PO Box 3001, P.O. Box 64378, Voorhees, NJ 08043 |
| 517827030 | * | Advocare Atrium Pediatrics, PO Box 3001, P.O. Box 64378, Voorhees, NJ 08043 |
| 517827025 | * | Advocare Atrium Pediatrics, PO Box 3001, P.O. Box 64378, Voorhees, NJ 08043 |
| 517827026 | * | Advocare Atrium Pediatrics, PO Box 3001, P.O. Box 64378, Voorhees, NJ 08043 |
| 517827027 | * | Advocare Atrium Pediatrics, PO Box 3001, P.O. Box 64378, Voorhees, NJ 08043 |
| 517827040 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517827044 | *P++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444, address filed with court:, IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517827045 | *P++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444, address filed with court:, IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517827046 | *P++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444, address filed with court:, IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517827047 | *P++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444, address filed with court:, IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517827053 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, PO Box 12914, Norfolk, VA 23541 |
| 517827054 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, PO Box 12914, Norfolk, VA 23541 |
| 517827055 | *+ | Rubin & Rothman, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 518899111 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518041872 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517827057 | *+ | Stillman Law Office, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 517827059 | *+ | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517827060 | *+ | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Niccole L. Robinson aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor William A. Robinson aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8